UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DORIS SPEIGHT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1928 (RMC) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

On March 20, 2008, Defendant District of Columbia filed a Motion to Dismiss Plaintiff's Complaint. *See* Dkt. # 3. Pursuant to Local Civil Rule 7(b), Plaintiff was required to file a response to the motion within eleven days, but Plaintiff has not done so. Local Rule 7(b) further provides, "[i]f such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." The discretion to enforce this rule lies wholly with the district court. *FDIC v. Bender*, 127 F.3d 58, 68 (D.C. Cir. 1997).

Accordingly, it is hereby

**ORDERED** that, on or before **May 30, 2008**, Plaintiff shall **SHOW CAUSE** in writing why the Court should not grant the District of Columbia's Motion to Dismiss Plaintiff's Complaint [Dkt. # 3] in its entirety.

**SO ORDERED**.

Date: May 12, 2008        /s/
                          ROSEMARY M. COLLYER
                          United States District Judge