UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DORIS SPEIGHT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1928 (RMC) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

On October 25, 2007, Plaintiff Doris Speight filed a Complaint against Defendants, alleging, *inter alia*, violations of 42 U.S.C. § 1983. On March 20, 2008, the District of Columbia filed a Motion to Dismiss Plaintiff's Complaint. *See* Dkt. # 2. When Plaintiff failed to file an opposition to Defendant's Motion, the Court issued an Order directing Plaintiff to show cause in writing, no later than May 30, 2008, why the Court should not grant the Motion as conceded. *See* Dkt. # 3. Plaintiff failed to respond to the Order. Accordingly, it is hereby

**ORDERED** that the District of Columbia's Motion to Dismiss [Dkt. # 2] is **GRANTED**; and it is

**FURTHER ORDERED** that the District of Columbia is **DISMISSED** as a Defendant in this action.

**SO ORDERED**.

Date: June 3, 2008               /s/
                                 ROSEMARY M. COLLYER
                                 United States District Judge