**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **DORIS SPEIGHT,** | ) | |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) | **Civil Action No. 07-1928 (RMC)** |
| **DISTRICT OF COLUMBIA, *et al.*,** | ) ) ) | |
| **Defendants.** | ) ) ) | |

## ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS

Under Rule 4(m) of the Federal Rules of Civil Procedure, if a plaintiff has not served the

defendant(s) with a summons and complaint within 120 days after filing the complaint, the Court

may dismiss the action. Over 120 days have passed since the filing of the Complaint in this action[1]

and the Court has no record that Defendants Suzanne Hastings or Harry G. Lapin have been served

with a Summons and Complaint. Accordingly, it is hereby

**ORDERED** that no later than June 24, 2008, Plaintiff must either: (1) file with the Court

proof that Defendants Hastings and Lapin have been served with a Summons and Complaint, or (2)

provide the Court with a written explanation for why service of process has not been completed. If

Plaintiff fails to comply with this Order, or if the Court determines that Plaintiff has not shown good

cause for failure to comply with Rule 4(m), this case will be dismissed without prejudice.

Date: June 3, 2008

                                   /s/
                                   ROSEMARY M. COLLYER
                                   United States District Judge

---

[1] The Complaint was filed on October 25, 2007.