AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Doris Speight, Individually and
as the next best friend of
Calvin Lamont Speight
4100 Ames street, N.E.
Washington, D.C. 20019

**SUMMONS IN A CIVIL CASE**

V.

The District of Columbia
and
Suzanne Hastings, Warden
USP Big Sandy
and
Harry G. Lupin, Director
Federal Bureau of Prisons

CAS

Case: 1:07-cv-01928
Assigned To : Collyer, Rosemary M.
Assign. Date : 10/25/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

Harry G. Lapin, Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elmer Douglass Ellis
The Ellis Law Office
1100 H Street, N.W.
Suite 920
Washington, D.C 20005

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT 2 5 2007

CLERK                                                          DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

_____

☐ Returned unexecuted:

_____

_____

☐ Other (specify):

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                          Signature of Server

                              _____
                              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Doris Speight, Individually and
as the next best friend of
Calvin Lamont Speight
4100 Ames street, N.E.
Washington, D.C. 20019

**SUMMONS IN A CIVIL CASE**

V.

The District of Columbia
and
Suzanne Hastings,Warden
USP, Big Sandy
and
Harry G. Lapin., Director
Federal Bureau of Prisons

CAS

Case. 1:07-cv-01928
Assigned To : Collyer, Rosemary M
Assign. Date : 10/25/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

Harry G. Lapin, Director
Federal Bureau of Prisons
320 First Street N.W.
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Elmer Douglass Ellis
The Ellis Law Office
1100 H Street, N.W.
Suite 920
Washington, D.C 20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

OCT 25 2007

CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                       *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.