**Service of Process**

1:07-cv-01928-RMC SPEIGHT v. DISTRICT OF COLUMBIA et al

JURY, TYPE-B

Select the **pdf** document (for example: C:\199cv501-21.pdf).
**Filename**

**Attachments to Document:**     No     Yes